IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 0:01-1005-JFA |
| | ) |
| vs. | ) ORDER ON MOTION TO DISMISS |
| | ) |
| WINSTON ALLEN | ) |

The within Motion is granted, and it is hereby ordered and decreed that the Indictment in Criminal Number 0:01-1005 against Winston Allen be and the same is hereby dismissed without prejudice.

IT IS SO ORDERED.

August 5, 2013
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge